UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIE SAINT-FLEUR,

    Plaintiff,

v.                                    Case No.:  2:22-cv-833-SPC-KCD

AMAZON.COM SERVICES LLC,

    Defendant.
_____/

## **ORDER**

Plaintiff, who presently resides in Florida, alleges that she was discriminated against while working at an Amazon fulfillment center in Lexington, Kentucky. Amazon moves to dismiss for improper venue or transfer to the Eastern District of Kentucky under 28 U.S.C. § 1404. (Doc. 8.) Plaintiff consents to the transfer. (Doc. 16.)

Section 1404(a) authorizes that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." District courts have "broad discretion" to order the transfer to a more convenient forum. *England v. ITT Thompson Indus., Inc.*, 856 F.2d 1518, 1520 (11th Cir. 1988). The Eleventh Circuit has set out several factors for courts to consider:

> (1) the convenience of the witnesses; (2) the location of relevant documents and the relative ease of access to sources of proof; (3) the convenience of the parties; (4) the locus of operative facts; (5) the availability of process to compel the attendance of unwilling witnesses; (6) the relative means of the parties; (7) a forum's familiarity with the governing law; (8) the weight accorded a plaintiff's choice of forum; and (9) trial efficiency and the interests of justice, based on the totality of the circumstances.

*Manuel v. Convergys Corp.*, 430 F.3d 1132, 1135 n.1 (11th Cir. 2005).

Considering that the parties consent to transfer and that Kentucky is where the operative facts took place, where documentary evidence is located, and where the majority of the witnesses either work or reside (and thus subject to subpoena power), Amazon's motion (Doc. 8) is **GRANTED IN PART** to the extent that this case is transferred to the Eastern District of Kentucky, Lexington Division. The motion is denied to the extent that it seeks any greater or different relief.

The Clerk is **DIRECTED** to **TRANSFER** this case to the United States District Court for the Eastern District of Kentucky, Lexington Division and **CLOSE** the Fort Myers file.

**ORDERED** in Fort Myers, Florida this February 10, 2023.

*[signature]*

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record